# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                       §
                                             §
LAMBROS J KUTRUBIS                           §    Case No. 10-00870
                                             §
             Debtor(s)                       §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The case was converted to one under Chapter 7 on           . The
undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

Document      Page 2 of 18

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/Gregg Szilagyi_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-00870 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | LAMBROS J KUTRUBIS | | | | | Date Filed (f) or Converted (c): | 05/25/11 (c) |
| | | | | | | 341(a) Meeting Date: | 07/14/11 |
| For Period Ending: 09/11/13 | | | | | | Claims Bar Date: | 11/18/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 300 N State Street, Unit 4208, Chicago, IL PIN 17-09-410-014 | 250,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 2 | 1600 W. Grand Ave., Chicago, IL - property held in land trus | 600,000.00 | 175,000.00 | | 0.00 | 0.00 |
| 3 | 1606-1608 W. Grand Ave., Chicago, IL - debtor holds benefici | 500,000.00 | 150,000.00 | | 0.00 | 0.00 |
| 4 | 526 W. Roscoe # , Chicago, IL | 140,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 5 | Vacant Lot on Lake Griswald, McHenry, IL | 125,000.00 | 125,000.00 | OA | 0.00 | 125,000.00 |
| 6 | TCF Bank - account 7440282042 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Bank Leumi - account 6000144201 account held subject to pre- | 9,700.00 | 6,200.00 | | 0.00 | 0.00 |
| 8 | Normal household goods and furnishings | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 9 | Clothing | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Banner term life insurance policy. value. No cash value. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Judge's Pension '09 distribution was $133,405.56 | 133,405.56 | 0.00 | | 0.00 | 0.00 |
| 12 | Former 25% interest in 231-233 S. Halsted St. Building Partn | 0.00 | 0.00 | | 75,549.60 | FA |
| 13 | Interest in Grand Ashland Building Partnership (50%) subject | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Interest in 1606-08 W. Grand Ave Bldg. Partnership (50%) sub | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | Legal Malpractice lawsuit - Lambros J. Kutrubis v. George S. | 283,000.00 | 283,000.00 | | 0.00 | 0.00 |
| 16 | Legal Malpractice claim Lambros J. Kutrubis v. Lawrence Seiw | 30,001.00 | 30,001.00 | | 0.00 | 0.00 |
| 17 | Potential claim for share of sign rentals | Unknown | 0.00 | | 7,500.00 | 0.00 |
| 18 | Claiim against Betty Stokes for contribution for $50,000 due | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | Claim against partnerships holding Grand Avenue properties f | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20 | 1984 Pontiac Fiero 85,000 miles. | 1,500.00 | 1,350.00 | | 0.00 | 0.00 |
| 21 | 1990 Jaguar XJ6 Vanden Plas 200,000 miles | 1,475.00 | 0.00 | | 0.00 | 0.00 |

FORM 2

Page: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Case No: 10-00870 ERW  Judge: Eugene R. Wedoff  Trustee Name: Gregg Szilagyi
Case Name: LAMBROS J KUTRUBIS  Date Filed (f) or Converted (c): 05/25/11 (c)
  341(a) Meeting Date: 07/14/11
For Period Ending: 09/11/13  Claims Bar Date: 11/18/11

| | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | 1995 Ford Escort | 775.00 | 0.00 | | 0.00 | 0.00 |
| 23 | 1994 Lund Fishing Boat with motor 10 hp (former wife, Betty | 5,000.00 | 5,000.00 | | 0.00 | 0.00 |
| 24 | Money Judgement Against Betty Stokes per Divorce Decree (u) | 0.00 | 500,000.00 | | 150,000.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.55 | Unknown |

TOTALS (Excluding Unknown Values)  $2,082,856.56  $1,277,051.00  $233,060.15

Gross Value of Remaining Assets
$126,500.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP # 2 -- Estate's interest in this asset as well as nos. 3, 13, 14, 18 and 19 were conveyed to Betty Stokes per a divorce decree in exchange for a $500,000.00 money judgment.
RE PROP # 3 -- See note for asset no. 2.
RE PROP # 7 -- These funds were consumed by the debtor pre-conversion and no longer exist.
RE PROP # 13 -- See note for asset no. 2.
RE PROP # 14 -- See note for asset no. 2.
RE PROP # 15 -- Case dismissed.
RE PROP # 16 -- Case dismissed
RE PROP # 18 -- See note for asset no. 2.
RE PROP # 19 -- See note to asset no. 2.
RE PROP # 23 -- Not in debtor's or estate's possession.
RE PROP # 24 -- Settled per court order for $150,000.00

Initial Projected Date of Final Report (TFR): 12/31/12  Current Projected Date of Final Report (TFR): / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-00870 | Trustee Name: | Gregg Szilagyi |
| Case Name: | LAMBROS J KUTRUBIS | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX9389 - MONEY MARKET ACCOUNT - FEIWELL |
| Taxpayer ID No: | XX-XXX1099 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/11/13 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/11 | 12 | CRANE HEYMAN | BALANCE OF PROCEEDS FROM SALE OF BLDG | 1110-000 | 75,549.60 | | 75,549.60 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 75,549.72 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.62 | | 75,550.34 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.64 | | 75,550.98 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 96.25 | 75,454.73 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.62 | | 75,455.35 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 93.03 | 75,362.32 |
| 12/07/11 | 24 | BETTY STOKES | DEPOSIT ON SETTLEMENT | 1221-000 | 25,000.00 | | 100,362.32 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.75 | | 100,363.07 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 109.35 | 100,253.72 |
| 01/28/12 | | Transfer to Acct#XXXXXX9567 | Transfer of Funds STOKES | 9999-000 | | 25,000.00 | 75,253.72 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.84 | | 75,254.56 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 129.43 | 75,125.13 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.60 | | 75,125.73 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 89.29 | 75,036.44 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.64 | | 75,037.08 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 92.26 | 74,944.82 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.61 | | 74,945.43 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 95.22 | 74,850.21 |
| 05/31/12 | INT | Bank of America | Interest | 1270-000 | 0.61 | | 74,850.82 |
| 05/31/12 | | Transfer to Acct#XXXXXX9677 | Transfer of Funds | 9999-000 | | 74,850.82 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 100,555.65 | 100,555.65 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 99,850.82 | |
| Subtotal | 100,555.65 | 704.83 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 100,555.65 | 704.83 | |

| | | |
|---|---|---|
| Page Subtotals | 100,555.65 | 100,555.65 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 10-00870
Case Name: LAMBROS J KUTRUBIS
Taxpayer ID No: XX-XXX1099
For Period Ending: 09/11/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9567 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/12 | | Transfer from Acct#XXXXXX9389 | Transfer of Funds STOKES | 9999-000 | 25,000.00 | | 25,000.00 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 25,000.01 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.20 | | 25,000.21 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 29.71 | 24,970.50 |
| 03/05/12 | 24 | BETTY STOKES | PARTIAL PAYMENT OF SETTLEMENT | 1221-000 | 10,000.00 | | 34,970.50 |
| 03/21/12 | 24 | BETTY STOKES | PARTIAL PAYMENT OF SETTLEMENT | 1221-000 | 40,000.00 | | 74,970.50 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 74,970.84 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 48.32 | 74,922.52 |
| 04/24/12 | 24 | BETTY STOKES | PaRTIAL PAYMENT OF SETTLEMENT | 1221-000 | 35,000.00 | | 109,922.52 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.65 | | 109,923.17 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 100.93 | 109,822.24 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.93 | | 109,823.17 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 139.00 | 109,684.17 |
| 05/31/12 | | Transfer to Acct#XXXXXX9677 | Transfer of Funds | 9999-000 | | 13,000.00 | 96,684.17 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.79 | | 96,684.96 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 114.91 | 96,570.05 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.82 | | 96,570.87 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 126.65 | 96,444.22 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.76 | | 96,444.98 |
| 08/30/12 | | Transfer to Acct#XXXXXX6128 | Transfer of Funds | 9999-000 | | 96,330.35 | 114.63 |
| 08/30/12 | | Bank of America | | 2600-000 | | 114.63 | 0.00 |

|  |  | Deposits | Disbursements |  |
|---|---|---|---|---|
| | COLUMN TOTALS | 110,004.50 | 110,004.50 | 0.00 |
| | Less: Bank Transfers/CD's | 25,000.00 | 109,330.35 | |
| | Subtotal | 85,004.50 | 674.15 | |
| | Less: Payments to Debtors | 0.00 | 0.00 | |
| | Net | 85,004.50 | 674.15 | |

| | Page Subtotals | 110,004.50 | 110,004.50 |
|---|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

Case No: 10-00870
Case Name: LAMBROS J KUTRUBIS
Taxpayer ID No: XX-XXX1099
For Period Ending: 09/11/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9677 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/12 | | Transfer from Acct#XXXXXX9567 | Transfer of Funds | 9999-000 | 13,000.00 | | 13,000.00 |
| 05/31/12 | | Transfer from Acct#XXXXXX9389 | Transfer of Funds | 9999-000 | 74,850.82 | | 87,850.82 |
| 05/31/12 | 002001 | GEORGE S. FEIWELL, P.C. | SETTLEMENT AND SATISFACTION OF CLAIM NO. 3 PER COURT ORDER | 4220-000 | | 87,133.60 | 717.22 |
| 06/06/12 | 002001 | GEORGE S. FEIWELL, P.C. | Void | 4220-000 | | -87,133.60 | 87,850.82 |
| 06/06/12 | 002002 | George S. Feiwell | Per Court Order on Claim No. 3 | 4110-000 | | 87,133.60 | 717.22 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 22.28 | 694.94 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 0.91 | 694.03 |
| 08/30/12 | | Bank of America | | 2600-000 | | 0.82 | 693.21 |
| 08/30/12 | | Transfer to Acct#XXXXXX5450 | Transfer of Funds | 9999-000 | | 693.21 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 87,850.82 | 87,850.82 | 0.00 |
| Less: Bank Transfers/CD's | 87,850.82 | 693.21 | |
| Subtotal | 0.00 | 87,157.61 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 87,157.61 | |

Page Subtotals 87,850.82 87,850.82

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

Case No: 10-00870
Case Name: LAMBROS J KUTRUBIS
Taxpayer ID No: XX-XXX1099
For Period Ending: 09/11/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5450 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9677 | Transfer of Funds | 9999-000 | 693.21 | | 693.21 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | 0.43 | 692.78 |
| 10/17/12 | 13 | BETTY STOKES | PARTIAL PAYMENT | 1129-000 | 22,500.00 | | 23,192.78 |
| 10/17/12 | 13 | BETTY STOKES | | 1129-000 | -22,500.00 | | 692.78 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | 0.44 | 692.34 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | 0.43 | 691.91 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | 0.44 | 691.47 |
| 05/01/13 | 24 | BETTY STOKES | PAYMENT ON SETTLEMENT | 1221-000 | 20,000.00 | | 20,691.47 |
| 05/01/13 | 24 | BETTY STOKES | PAYMENT OF SETTLEMENT | 1221-000 | 3,000.00 | | 23,691.47 |
| 05/01/13 | 24 | BETTY STOKES | PAYMENT ON SETTLEMENT | 1221-000 | 2,000.00 | | 25,691.47 |

```
                           COLUMN TOTALS                 25,693.21         1.74        25,691.47
                           Less: Bank Transfers/CD's        693.21         0.00
                         Subtotal                         25,000.00         1.74
                           Less: Payments to Debtors           0.00         0.00
                         Net                              25,000.00         1.74
```

Page Subtotals            25,693.21            1.74

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

Case No: 10-00870
Case Name: LAMBROS J KUTRUBIS
Taxpayer ID No: XX-XXX1099
For Period Ending: 09/11/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6128 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9567 | Transfer of Funds | 9999-000 | 96,330.35 | | 96,330.35 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | 59.38 | 96,270.97 |
| 10/17/12 | | BETTY STOKES | PARTIAL PAYMENT | | 22,500.00 | | 118,770.97 |
| | | | Gross receipts                22,500.00 | | | | |
| | 17 | | Potential claim for share of sign rentals          7,500.00 | 1129-000 | | | |
| | 24 | | Money Judgement Against Betty Stokes per Divorce Decree   15,000.00 | 1221-000 | | | |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | 68.28 | 118,702.69 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | 73.18 | 118,629.51 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | 75.57 | 118,553.94 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 177.26 | 118,376.68 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 159.85 | 118,216.83 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | 175.75 | 118,041.08 |
| 04/08/13 | | Associated Bank | | 2600-000 | | 0.99 | 118,040.09 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 206.73 | 117,833.36 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 213.33 | 117,620.03 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | 206.13 | 117,413.90 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | 212.70 | 117,201.20 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | 212.39 | 116,988.81 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 118,830.35 | 1,841.54 | 116,988.81 |
| Less: Bank Transfers/CD's | 96,330.35 | 0.00 | |
| Subtotal | 22,500.00 | 1,841.54 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 22,500.00 | 1,841.54 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - FEIWELL - XXXXXX9389 | 100,555.65 | 704.83 | 0.00 |
| MONEY MARKET ACCOUNT - XXXXXX9567 | 85,004.50 | 674.15 | 0.00 |
| CHECKING ACCOUNT - XXXXXX9677 | 0.00 | 87,157.61 | 0.00 |
| Page Subtotals | 118,830.35 | 1,841.54 | |

UST Form 101-7-TFR (5/1/2011)  *(Page: 9)*

Page: 6
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-00870
Case Name: LAMBROS J KUTRUBIS
Taxpayer ID No: XX-XXX1099
For Period Ending: 09/11/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6128 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Checking Acccount - XXXXXX5450 | | | 25,000.00 | 1.74 | 25,691.47 |
| | | CHECKING ACCOUNT - XXXXXX6128 | | | 22,500.00 | 1,841.54 | 116,988.81 |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | 0.00 | 233,060.15 | 90,379.87 | 142,680.28 |
| Total Net Deposits: | 233,060.15 | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| Total Gross Receipts: | 233,060.15 | | | |

Page Subtotals        0.00        0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-00870  
Debtor Name: KUTRUBIS, LAMBROS J  
Claims Bar Date: 11/18/11  

Date: September 11, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $14,903.01 | $14,903.01 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | SHAW FISHMAN<br>321 NORTH CLARK STREET<br>CHICAGO, 60610 | Administrative | | $0.00 | $41,454.00 | $41,454.00 |
| 100 3220 | SHAW FISHMAN<br>321 NORTH CLARK STREET<br>CHICAGO, 60610 | Administrative | | $0.00 | $781.71 | $781.71 |
| 100 3410 | POPOWCZER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS 60601 | Administrative | | $0.00 | $1,694.00 | $1,694.00 |
| 100 3420 | POPOWCZER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, ILLINOIS 60601 | Administrative | | $0.00 | $0.00 | $0.00 |
| 24 100 2950 | Office of the U.S. Trustee<br>Office of the U.S. Trustee<br>(ADMINISTRATIVE)<br>219 South Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $650.00 | $650.00 |
| 150 6210 | BALDI BERG & WALLACE<br>20 NORTH CLARK STREET<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $88,042.10 | $88,042.10 |
| 10 280 5800 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $4,018.07 | $4,018.07 |
| 11 280 5800 | Department of Treasury<br>Internal Revenue Service<br>Pob 21126<br>Philadelphia PA 19114 | Priority | | $0.00 | $40,287.79 | $0.00 |
| 11 280 5800 | Department of Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia PA 19101 | Priority | | $0.00 | $40,287.79 | $40,287.79 |
| 12 280 5800 | Betty Stokes<br>c/o Ralia Klepak<br>5158 North Ashland Avenue<br>Chicago IL 60640 | Priority | | $0.00 | $50,000.00 | $0.00 |
| 1 300 7100 | DEPARTMENT STORES NATIONAL BANK/MACY"S<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 4275<br>NORCROSS, GA 30091 | Unsecured | | $0.00 | $130.64 | $130.64 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-00870
Debtor Name: KUTRUBIS, LAMBROS J
Claims Bar Date: 11/18/11

Date: September 11, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2 300 7100 | Patrick Rubey<br>309 W Washington Street<br>Suite 350<br>Chicago, IL 60606 | Unsecured | | $0.00 | $20,250.00 | $20,250.00 |
| 4 300 7100 | Andreas & Anastasia Koumi<br>Attn: Juris Kins<br>125 S. Wacker Dr.<br>Ste. 1700<br>Chicago, IL 60606 | Unsecured | | $0.00 | $51,204.76 | $0.00 |
| 5 300 7100 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $2,597.32 | $2,597.32 |
| 6 300 7100 | Anita Papanek<br>6450 N Navajo<br>Chicago, IL 60646 | Unsecured | | $0.00 | $45,000.00 | $45,000.00 |
| 8 300 7100 | City of Chicago<br>Department of Revenue-<br>Bankruptcy Unit<br>121 N. Lasalle-Room 107A<br>Chicago, Illinois 60602 | Unsecured | | $0.00 | $4,351.38 | $4,351.38 |
| 9 300 7100 | Asset Acceptance, LLC<br>assignee MBNA<br>PO Box 2036<br>Warren, MI 48090 | Unsecured | | $0.00 | $4,364.34 | $4,364.34 |
| 10 300 7100 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $240.00 | $240.00 |
| 11 300 7100 | Department of the Treasury-<br>Internal Revenue Servic<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia PA 19114 | Unsecured | | $0.00 | $2,347.92 | $0.00 |
| 11 300 7100 | Department of Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia PA 19101 | Unsecured | | $0.00 | $2,347.92 | $2,347.92 |
| 13 300 7100 | Dr. Gloria Bowman<br>203 W Berkley Dr<br>Arlington Hts IL 60004 | Unsecured | | $0.00 | $11,500.00 | $0.00 |
| 17 300 7100 | John Kutrubis<br>John Budin<br>1 N LaSalle St., Ste 2165<br>Chicago IL 60602 | Unsecured | | $0.00 | $1,200,000.00 | $1,200,000.00 |
| 18 300 7100 | Collins Bargione & Vuckovich<br>1 North Lasalle Street Ste 300<br>Chicago, Il 60602 | Unsecured | | $0.00 | $9,425.93 | $9,425.93 |
| 20 300 7100 | Bruce A Peterson<br>Pob 177<br>Westmont IL 60559 | Unsecured | | $0.00 | $53,412.50 | $53,412.50 |
| 22 300 7100 | Lawerence P Seiwert Esquire<br>c/o Donald L Johnson St., Ste 1401<br>Chicago IL 60602 | Unsecured | | $0.00 | $26,235.00 | $26,235.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-00870
Debtor Name: KUTRUBIS, LAMBROS J
Claims Bar Date: 11/18/11

Date: September 11, 2013

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 23 300 7100 | Jeffrey W. Krol & Associates c/o Donald L Johnson 33 N Dearborn Street Suite 1401 Chicago, IL 60602 | Unsecured | | $0.00 | $24,520.88 | $24,520.88 |
| 25 300 7100 | B-Line, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $0.00 | $311.33 | $311.33 |
| 16 350 7200 | John Kutrubis John Budin 1 N LaSalle St., Ste 2165 Chicago IL 60602 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 21 350 7200 | Betty Stokes Law Offices of Alan J Bernstein, LTD 10 South LaSalle Street, Suite 1420 Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 26 350 7200 | George G Kamberos 10346 S LaPorte Oak Lawn IL 60453 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 27 350 7200 | Becki Kamberos 10346 S Laporte Oak Lawn, IL 60453 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 3 400 4110 | George Feiwell d/b/a George S. Feiwell, PC 20 N Clark Chicago, IL 60602 | Secured | SETTLED PER COURT ORDER | $0.00 | $144,459.30 | $87,133.60 |
| 7 400 4220 | Eugene Stokes, Jr. c/o Stephen A Gorman 325 N LaSalle St., Ste 450 Chicago IL | Secured | | $0.00 | $11,500.00 | $11,500.00 |
| 13 400 4110 | Dr. Gloria Bowman 203 W Berkley Dr Arlington Hts IL 60004 | Secured | | $0.00 | $1,000,000.00 | $0.00 |
| 14 400 4110 | TWG Funding XVII, LLC c/o Gomberg, Sharman,Gold & Ostler, PC 208 S LaSalle Suite 1410 Chicago IL 60604 | Secured | | $0.00 | $251,495.41 | $0.00 |
| 15 400 4110 | TWG Funding XVII, LLC c/o Gomberg, Sharman,Gold & Ostler, PC 208 S LaSalle Suite 1410 Chicago IL 60604 | Secured | | $0.00 | $312,258.96 | $0.00 |
| 19 400 4110 | US Bank sucessor to FDIC Receiver of Park National Bank Robert L Pattullo Jr., Esq 10 S LaSalle Suite 3400 Chicago IL 60603 | Secured | | $0.00 | $637,937.11 | $0.00 |
| 28 400 4110 | Gloria Bowman 1120 W Hawthorne St., Apt F Arlington Heights IL 60005 | Secured | | $0.00 | $1,000,000.00 | $0.00 |
| | Case Totals | | | $0.00 | $5,098,009.17 | $1,683,651.52 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-00870
Case Name: LAMBROS J KUTRUBIS
Trustee Name: Gregg Szilagyi

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | George Feiwell d/b/a George S. Feiwell, PC | $ | $ | $ | $ |
| 7 | Eugene Stokes, Jr. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Attorney for Trustee Fees: SHAW FISHMAN | $ | $ | $ |
| Attorney for Trustee Expenses: SHAW FISHMAN | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCZER KATTEN LTD. | $ | $ | $ |
| Fees: Office of the U.S. Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: BALDI BERG & WALLACE | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Illinois Department of Revenue | $ | $ | $ |
| 11 | Department of Treasury | $ | $ | $ |

Total to be paid to priority creditors    $_____

Remaining Balance    $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPARTMENT STORES NATIONAL BANK/MACY"S | $ | $ | $ |
| 2 | Patrick Rubey | $ | $ | $ |
| 5 | Atlas Acquisitions LLC | $ | $ | $ |
| 6 | Anita Papanek | $ | $ | $ |
| 8 | City of Chicago | $ | $ | $ |
| 9 | Asset Acceptance, LLC | $ | $ | $ |
| 10 | Illinois Department of Revenue | $ | $ | $ |
| 11 | Department of Treasury | $ | $ | $ |
| 17 | John Kutrubis | $ | $ | $ |
| 18 | Collins Bargione & Vuckovich | $ | $ | $ |
| 20 | Bruce A Peterson | $ | $ | $ |
| 22 | Lawerence P Seiwert Esquire | $ | $ | $ |
| 23 | Jeffrey W. Krol & Associates | $ | $ | $ |
| 25 | B-Line, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | George G Kamberos | $ | $ | $ |
| 27 | Becki Kamberos | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE