UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
LAMBROS J KUTRUBIS                  §      Case No. 10-00870
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          219 S. Dearborn Street
          Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/06/2013 in Courtroom ,
          United States Courthouse
          219 S DEARBORN ST, RM 744, CHGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/04/2013            By: Gregg Szilagyi
                                                    Trustee


*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LAMBROS J KUTRUBIS § Case No. 10-00870
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 233,060.15 |
| and approved disbursements of | $ 90,379.87 |
| leaving a balance on hand of[1] | $ 142,680.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | George Feiwell d/b/a George S. Feiwell, PC | $ 144,459.30 | $ 87,133.60 | $ 87,133.60 | $ 0.00 |
| 7 | Eugene Stokes, Jr. | $ 11,500.00 | $ 11,500.00 | $ 0.00 | $ 11,500.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 11,500.00 |
| Remaining Balance | $ 131,180.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 14,903.01 | $ 0.00 | $ 14,903.01 |
| Attorney for Trustee Fees: SHAW FISHMAN | $ 41,454.00 | $ 0.00 | $ 41,454.00 |
| Attorney for Trustee Expenses: SHAW FISHMAN | $ 781.71 | $ 0.00 | $ 781.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: POPOWCZER KATTEN LTD. | $ 1,694.00 | $ 0.00 | $ 1,694.00 |
| Fees: Office of the U.S. Trustee | $ 650.00 | $ 0.00 | $ 650.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 59,482.72 |
| Remaining Balance | $ 71,697.56 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: BALDI BERG & WALLACE | $ 88,042.10 | $ 0.00 | $ 71,697.56 |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 71,697.56 |
| Remaining Balance | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 44,305.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Illinois Department of Revenue | $ 4,018.07 | $ 0.00 | $ 0.00 |
| 11 | Department of Treasury | $ 40,287.79 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,393,187.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPARTMENT STORES NATIONAL BANK/MACY"S | $ 130.64 | $ 0.00 | $ 0.00 |
| 2 | Patrick Rubey | $ 20,250.00 | $ 0.00 | $ 0.00 |
| 5 | Atlas Acquisitions LLC | $ 2,597.32 | $ 0.00 | $ 0.00 |
| 6 | Anita Papanek | $ 45,000.00 | $ 0.00 | $ 0.00 |
| 8 | City of Chicago | $ 4,351.38 | $ 0.00 | $ 0.00 |
| 9 | Asset Acceptance, LLC | $ 4,364.34 | $ 0.00 | $ 0.00 |
| 10 | Illinois Department of Revenue | $ 240.00 | $ 0.00 | $ 0.00 |
| 11 | Department of Treasury | $ 2,347.92 | $ 0.00 | $ 0.00 |
| 17 | John Kutrubis | $ 1,200,000.00 | $ 0.00 | $ 0.00 |
| 18 | Collins Bargione & Vuckovich | $ 9,425.93 | $ 0.00 | $ 0.00 |
| 20 | Bruce A Peterson | $ 53,412.50 | $ 0.00 | $ 0.00 |
| 22 | Lawerence P Seiwert Esquire | $ 26,235.00 | $ 0.00 | $ 0.00 |
| 23 | Jeffrey W. Krol & Associates | $ 24,520.88 | $ 0.00 | $ 0.00 |
| 25 | B-Line, LLC | $ 311.33 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 26 | George G Kamberos | $ 0.00 | $ 0.00 | $ 0.00 |
| 27 | Becki Kamberos | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-00870-ERW
Lambros J Kutrubis                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez              Page 1 of 3              Date Rcvd: Oct 07, 2013
                               Form ID: pdf006           Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2013.
```
db         +Lambros J Kutrubis,    300 N. State Street,   Unit 4208,    Chicago, IL 60654-3061
aty        +Crane,Heyman,Simon, Welch & Clar,    Crane Heyman,simon, Welch & Simon,
             135 S Lasalle St Ste 3705,    Chicago, IL 60603-4101
aty        +Shaw Fishman Glantz & Towbin LLC,    321 North Clark Street Suite 800,    Chicago, IL 60654-4766
14948257   +American Express,    c/o Becket and Lee,    Po Box 3001,   Malvern, PA 19355-0701
15263511   +Andreas & Anastasia Koumi,    Attn: Juris Kins,   125 S. Wacker Dr.,    Ste. 1700,
             Chicago, IL 60606-4478
14948258   +Andrew Sagan,    201 E. Huron St.,   Chicago, IL 60611-3197
15025054   +Andy Koumi,    8026 Saint James Dr,   Orland Park IL 60462-4158
14948259   +Anita Papanek,    6450 N Navajo,   Chicago, IL 60646-2914
14948260   +Becki Kamberos,    10346 S Laporte,   Oak Lawn, IL 60453-4733
15776661   +Betty Stokes,    Law Offices of Alan J Bernstein, LTD,    10 South LaSalle Street, Suite 1420,
             Chicago, IL 60603-1078
15776684   +Betty Stokes,    300 North State Street, Unit 6022,    Chicago, IL 60654-5436
15025055   +Betty Stokes,    c/o Ralia Klepak,   5158 North Ashland Avenue,    Chicago IL 60640-2830
15776482   +Bruce A Peterson,    Pob 177,   Westmont IL 60559-0177
14948261   +Bruce A. Peterson,    20 N Clark,   Suite 2710,   Chicago, IL 60602-5112
14948262   +Budin and Associates, Ltd,    1 N LaSalle Street, Ste 2165,    Chicago, IL 60602-3922
14948263   +Bureau Of Collection R,    7575 Corporate Way,   Eden Prairie, MN 55344-2000
14948266   +City of Chicago,    Administrative Hearings Collections,    121 N. LaSalle, Room 107 A,
             Chicago, IL 60602-1232
15400131   +City of Chicago,    Department of Revenue-Bankruptcy Unit,    121 N. Lasalle-Room 107A,
             Chicago, Illinois 60602-1232
14948265   +City of Chicago,    Corporation Counsel,   30 N. LaSalle St., Suite 800,    Chicago, IL 60602-3542
15758261   +Collins Bargione & Vuckovich,    1 North Lasalle Street Ste 300,    Chicago, Il 60602-3946
14948267   +Curtis B. Ross,    30 N. LaSalle St., Suite 3400,   Chicago, IL 60602-3337
15000252   +DEPARTMENT STORES NATIONAL BANK/MACY'S,    NCO FINANCIAL SYSTEMS, INC.,    PO BOX 4275,
             NORCROSS, GA 30091-4275
14948268   +Donald L. Johnson,    33 N. Dearborn #1410,   Chicago, IL 60602-3874
14948274   +Dr. Gloria Bowman,    203 W Berkley Dr,   Arlington Hts IL 60004-2001
14948269    Eugene Stokes, Jr.,    c/o Stephen A Gorman,   325 N LaSalle St., Ste 450,    Chicago IL
14948270   +Fritzshall Law Firm,    6584 N. Northwest Hwy,   Chicago, IL 60631-1415
14948271   +George B Collins,    Collins Bargionne & Vuckovich,    One N. LaSalle St., Ste 300,
             Chicago, IL 60602-3946
14948272   +George Feiwell d/b/a George S. Feiwell, PC,    20 N Clark,    Chicago, IL 60602-5112
18063610   +George G Kamberos,    10346 S LaPorte,   Oak Lawn IL 60453-4733
14948273   +George S. Feiwell,    c/o Benjamin & Berneman,   Golan & Christie LLP,
             70 W Madison St Suite 1500,    Chicago, IL 60602-4265
18106188   +Gloria Bowman,    1120 W Hawthorne St., Apt F,   Arlington Heights IL 60005-1053
14948275  ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
             100 W. Randolph Street,    Chicago, IL 60606)
15422977    Illinois Department of Revenue,    Bankruptcy Section,   P.O. Box 64338,    Chicago, IL 60664-0338
14948278   +Jeffrey W. Krol & Associates,    c/o Donald L Johnson,   33 N Dearborn Street Suite 1401,
             Chicago, IL 60602-3874
14948279   +John Kutrubis,    John Budin,   1 N LaSalle St., Ste 2165,    Chicago IL 60602-3922
14948280    Lawerence P Seiwert Esquire,    c/o Donald L Johnson St., Ste 1401,    Chicago IL 60602
14948281   +LegalLink,    230 W Monroe St, Ste 1500,   Chicago, IL 60606-4802
14948283   +Macys/fdsb,    Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14948285   +Patrick Rubey,    309 W Washington Street,   Suite 350,    Chicago, IL 60606-3224
14948288   +TWG Funding XVII, LLC,    c/o Gomberg, Sharman,Gold & Ostler, PC,    208 S LaSalle Suite 1410,
             Chicago IL 60604-1253
15025056   +Tessie Koumi,    8026 Saint James Dr,   Orland Park IL 60462-4158
14948284   +US Bank sucessor to FDIC,    Receiver of Park National Bank,    Robert L Pattullo Jr., Esq,
             10 S LaSalle Suite 3400,    Chicago IL 60603-1035
14948289   +Village Bank Trust,    150 E Rand Road,   Arlington Heights, IL 60004-3140
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15420713   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 08 2013 01:32:02     Asset Acceptance, LLC,
             assignee MBNA,   PO Box 2036,   Warren, MI 48090-2036
17422792   +E-mail/Text: bnc@atlasacq.com Oct 08 2013 01:35:41     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
17702259    E-mail/Text: resurgentbknotifications@resurgent.com Oct 08 2013 01:30:26      B-Line, LLC,
             MS 550,   PO Box 91121,   Seattle, WA 98111-9221
14948276   +E-mail/Text: cio.bncmail@irs.gov Oct 08 2013 01:27:03     Department of Treasury,
             Internal Revenue Service,   Pob 7346,   Philadelphia PA 19101-7346
15274670    E-mail/Text: resurgentbknotifications@resurgent.com Oct 08 2013 01:30:27      LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
17384271   +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 08 2013 01:37:20     Office of the U.S. Trustee,
             219 South Dearborn St.,   Room 873,   Chicago,  IL 60604-2027
                                                                                              TOTAL: 6
```

```
District/off: 0752-1          User: dgomez               Page 2 of 3                  Date Rcvd: Oct 07, 2013
                              Form ID: pdf006            Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14948277       James Bowman
15789984       Jeffrey W. Krol & Associates
14948286       Robert Bowman
14948290       Wanda Bowman
14948264      ##+Ciardelli and Cummings,    19 W. Jackson Blvd.,    Chicago, IL 60604-3910
14948282      ##+Lou Harris Company,    613 Academy Dr,    Northbrook, IL 60062-2420
14948287      ##+Stephen A. Gorman,    325 N. LaSalle St., Ste. 450,    Chicago, IL 60654-6466
                                                                           TOTALS: 4, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2013                         Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2013 at the address(es) listed below:
              Beverly A Berneman    on behalf of Creditor George S. Feiwell baberneman@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
               ie.com;tstephenson@golanchristie.com
              Bruce E de'Medici     on behalf of Debtor Lambros J Kutrubis bdemedici@gmail.com
              Bruce E de'Medici     on behalf of Defendant Lambros J Kutrubis bdemedici@gmail.com
              Christopher J Harney    on behalf of Defendant George S. Feiwell charney@seyfarth.com,
               ctholen@seyfarth.com;chidocket@seyfarth.com
              Elias   Mantzavrakos    on behalf of Plaintiff John C Kutrubis emantzaslaw@aol.com
              Elias   Mantzavrakos    on behalf of Creditor John C Kutrubis emantzaslaw@aol.com
              Gregg   Szilagyi     gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              John H Redfield     on behalf of Debtor Lambros J Kutrubis jredfield@craneheyman.com,
               mjoberhausen@craneheyman.com
              Jonathan E. Shimberg    on behalf of Creditor Betty  Stokes jonshim@aol.com,   jonshim@gmail.com
              Joseph A Baldi    on behalf of Attorney    Joseph A. Baldi & Associates jabaldi@baldiberg.com,
               jabaldi@ameritech.net;jmanola@baldiberg.com
              Julie A Boynton     on behalf of Defendant Lawrence   Seiwert jboynton@djohnsonlaw.com
              Kimberly E. Rients Blair    on behalf of Defendant George S. Feiwell
               kimberly.blair@wilsonelser.com,   mary.jasinski@wilsonelser.com
              Kimberly E. Rients Blair    on behalf of Defendant    George S. Feiwell, PC
               kimberly.blair@wilsonelser.com,   mary.jasinski@wilsonelser.com
              Lawrence John Falli    on behalf of Plaintiff John C Kutrubis lfalli@gmail.com
              Lawrence P Seiwert    on behalf of Defendant Lawrence   Seiwert lseiwert@seiwertlaw.com
              Michael K Desmond     on behalf of Debtor Lambros J Kutrubis mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Michael K Desmond     on behalf of Defendant Lambros J Kutrubis mdesmond@fslegal.com,
               dorisbay@fslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Creditor Betty  Stokes
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;ecfnotices@sulaimanlaw.com
              Paul M Bach    on behalf of Defendant Betty  Stokes
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;ecfnotices@sulaimanlaw.com
              Penelope N Bach    on behalf of Creditor Betty  Stokes
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;ecfnotices@sulaimanlaw.com
              Penelope N Bach    on behalf of Defendant Betty  Stokes
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;ecfnotices@sulaimanlaw.com
```

```
District/off: 0752-1          User: dgomez              Page 3 of 3              Date Rcvd: Oct 07, 2013
                              Form ID: pdf006           Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Raymond J Ostler    on behalf of Creditor    TWG Funding XVII, LLC rostler@gsgolaw.com
          Richard M Fogel    on behalf of Trustee Gregg  Szilagyi rfogel@shawgussis.com,  il72@ecfcbis.com
          Richard M. Fogel     on behalf of Trustee Gregg  Szilagyi rfogel@shawfishman.com
          Robert L. Pattullo Jr    on behalf of Creditor    Park National Bank, now known as U.S. Bank
           pattullo@pattullolaw.com
          Robert R Benjamin    on behalf of Creditor George S. Feiwell rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
          Robert R Benjamin    on behalf of Defendant George S. Feiwell rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
          Robert R Benjamin    on behalf of Creditor    George S. Feiwell, P.C. rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
          Tyler Steven Mertes    on behalf of Defendant    George S. Feiwell, PC tmertes@rdblaw.com,
           cynthia.duran@troutmansanders.com
          Tyler Steven Mertes    on behalf of Defendant George S. Feiwell tmertes@rdblaw.com,
           cynthia.duran@troutmansanders.com

                                                                                           TOTAL: 31