UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

NOV -6 2013

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re: )
)
) Case No. 10 B 00870
LAMBROS J. KUTRUBIS )
)
) Chapter 7
Debtor. )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SHAW, FISHMAN, GLANTZ, WOLFSON & TOWBIN LLC, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $41,454.00 | TOTAL COSTS REQUESTED: | $781.71 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $144.13 |
| TOTAL FEES ALLOWED: | $41,454.00 | TOTAL COSTS ALLOWED: | $637.58 |

**TOTAL FEES AND COSTS ALLOWED: $42,091.58**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(11)   Overhead Costs are Non-Compensable

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: November 6, 2013

_____
Eugene R. Wedoff
United States Bankruptcy Judge

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Gregg E. Szilagyi Trustee for Lambros Kutubris | June 30, 2013 |
| I.D. 10188-001 - RF | Invoice  10786 |
| Re: Represent chapter 7 Trustee | |

### Disbursement Recap

| | Amount |
|---|---|
| Photocopy | 120.60 |
| Federal Express/Shipping | 15.32 |
| Messenger | 78.26 |
| Pacer Research | 111.76 |
| Postage | 121.64 |
| Transcript | 190.00 |
| Westlaw | 144.13 |
| **Total Disbursements** | **781.71** |

*[handwritten: (11)  -144.13]*

*[handwritten: Westlaw is considered overhead]*