# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
LAMBROS J KUTRUBIS                              §          Case No. 10-00870
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on              , and it was converted to chapter 7 on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/GREGG SZILAGYI _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Park National Bank 1000 East 111th Street Chicago, IL 60628 | | | | | |
| | Park National Bank 1000 East 111th Street Chicago, IL 60628 | | | | | |
| | Park National Bank 1000 East 111th Street Chicago, IL 60628 | | | | | |
| | TWG Funding XVII, LLC Assignee of Village Bank & Trust | | | | | |
| | TWG Funding XVII, LLC Assignee of Village Bank & Trust | | | | | |
| 3 | George Feiwell d/b/a George S. Feiwell, PC | | | | | |
| 7 | Eugene Stokes, Jr. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Associated Bank | | | | | |
| Bank of America | | | | | |
| Office of the U. S. Trustee | | | | | |
| SHAW FISHMAN | | | | | |
| SHAW FISHMAN | | | | | |
| POPOWCZER KATTEN LTD. | | | | | |
| POPOWCZER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG & WALLACE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60606 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Chicago, IL 60604 | | | | | |
| 11 | Department of Treasury | | | | | |
| 11 | Department of Treasury | | | | | |
| 10 | Illinois Department of Revenue | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Andrew Sagan 201 E. Huron St. Chicago, IL 60611 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anita Papanek 6450 N Navajo Chicago, IL 60646 | | | | | |
| | Becki Kamberos 10346 S Laporte Oak Lawn, IL 60453 | | | | | |
| | Bruce A. Peterson 20 N Clark Suite 2710 Chicago, IL 60602 | | | | | |
| | Budin and Associates, Ltd 1 N LaSalle Street, Ste 2165 Chicago, IL 60602 | | | | | |
| | Bureau Of Collection R 7575 Corporate Way Eden Prairie, MN 55344 | | | | | |
| | Ciardelli and Cummings 19 W. Jackson Blvd. Chicago, IL 60604 | | | | | |
| | City of Chicago Administrative Hearings Collections 121 N. LaSalle, Room 107 A Chicago, IL 60602 | | | | | |
| | City of Chicago Corporation Counsel 30 N. LaSalle St., Suite 800 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Corporation Counsel 30 N. LaSalle St., Suite 800 Chicago, IL 60602 | | | | | |
| | City of Chicago Corporation Counsel 30 N. LaSalle St., Suite 800 Chicago, IL 60602 | | | | | |
| | Curtis B. Ross 30 N. LaSalle St., Suite 3400 Chicago, IL 60602 | | | | | |
| | Donald L. Johnson 33 N. Dearborn #1410 Chicago, IL 60602 | | | | | |
| | Eugene Stokes, Jr. | | | | | |
| | Fritzshall Law Firm 6584 N. Northwest Hwy Chicago, IL 60631 | | | | | |
| | Fritzshall Law Firm 6584 N. Northwest Hwy Chicago, IL 60631 | | | | | |
| | George B Collins Collins Bargionne & Vuckovich One N. LaSalle St., Ste 300 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | George Feiwell Feiwell Galper Lasky 20 N Clark, Ste 2710 Chicago, IL 60602 | | | | | |
| | George S. Feiwell 20 N. Clark St., Suite 2710 Chicago, IL 60602 | | | | | |
| | Gloria Bowman | | | | | |
| | James Bowman | | | | | |
| | Jeffrey W. Krol 8700 W Bryn Mawr Avenue #800 Chicago, IL 60631 | | | | | |
| | John Kutrubis 300 N State Street Apt 6022 Chicago, IL 60654 | | | | | |
| | Lawerence Seiwert 33 N LaSalle Street, Suite 3400 Chicago, IL 60602 | | | | | |
| | LegalLink 230 W Monroe St, Ste 1500 Chicago, IL 60606 | | | | | |
| | Lou Harris Company 613 Academy Dr Northbrook, IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Patrick Rubey 309 W Washington Street Suite 350 Chicago, IL 60606 | | | | | |
| | Robert Bowman | | | | | |
| | Stephen A. Gorman 325 N. LaSalle St., Ste. 450 Chicago, IL 60654 | | | | | |
| | Stephen A. Gorman 325 N. LaSalle St., Ste. 450 Chicago, IL 60654 | | | | | |
| | Stephen A. Gorman 325 N. LaSalle St., Ste. 450 Chicago, IL 60654 | | | | | |
| | Stephen A. Gorman 325 N. LaSalle St., Ste. 450 Chicago, IL 60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stephen A. Gorman 325 N. LaSalle St., Ste. 450 Chicago, IL 60654 | | | | | |
| | TWG Funding XVII, LLC 1144 W Fulton St., Ste 210 Chicago, IL 60607 | | | | | |
| | Village Bank Trust 150 E Rand Road Arlington Heights, IL 60004 | | | | | |
| | Village Bank Trust 150 E Rand Road Arlington Heights, IL 60004 | | | | | |
| | Wanda Bowman | | | | | |
| 4 | Andreas & Anastasia Koumi | | | | | |
| 6 | Anita Papanek | | | | | |
| 9 | Asset Acceptance, LLC | | | | | |
| 5 | Atlas Acquisitions LLC | | | | | |
| 25 | B-Line, LLC | | | | | |
| 20 | Bruce A Peterson | | | | | |
| 8 | City of Chicago | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Collins Bargione & Vuckovich | | | | | |
| 11 | Department of the Treasury-Internal Revenue Servic | | | | | |
| 11 | Department of Treasury | | | | | |
| 1 | DEPARTMENT STORES NATIONAL BANK/MACY"S | | | | | |
| 10 | Illinois Department of Revenue | | | | | |
| 23 | Jeffrey W. Krol & Associates | | | | | |
| 17 | John Kutrubis | | | | | |
| 22 | Lawerence P Seiwert Esquire | | | | | |
| 2 | Patrick Rubey | | | | | |
| 27 | Becki Kamberos | | | | | |
| 21 | Betty Stokes | | | | | |
| 26 | George G Kamberos | | | | | |
| 16 | John Kutrubis | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 10-00870 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | LAMBROS J KUTRUBIS | | | | Date Filed (f) or Converted (c): | 05/25/2011 (c) |
| | | | | | 341(a) Meeting Date: | 07/14/2011 |
| For Period Ending: | 04/21/2014 | | | | Claims Bar Date: | 11/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  300 N State Street, Unit 4208, Chicago, IL PIN 17-09-410-014 | 250,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 2.  1600 W. Grand Ave., Chicago, IL - property held in land trus | 600,000.00 | 175,000.00 | | 0.00 | 0.00 |
| 3.  1606-1608 W. Grand Ave., Chicago, IL - debtor holds benefici | 500,000.00 | 150,000.00 | | 0.00 | 0.00 |
| 4.  526 W. Roscoe # , Chicago, IL | 140,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 5.  Vacant Lot on Lake Griswald, McHenry, IL | 125,000.00 | 125,000.00 | OA | 0.00 | 125,000.00 |
| 6.  TCF Bank - account 7440282042 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7.  Bank Leumi - account 6000144201 account held subject to pre- | 9,700.00 | 6,200.00 | | 0.00 | 0.00 |
| 8.  Normal household goods and furnishings | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 9.  Clothing | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 10.  Banner term life insurance policy. value. No cash value. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11.  Judge's Pension '09 distribution was $133,405.56 | 133,405.56 | 0.00 | | 0.00 | 0.00 |
| 12.  Former 25% interest in 231-233 S. Halsted St. Building Partn | 0.00 | 0.00 | | 75,549.60 | FA |
| 13.  Interest in Grand Ashland Building Partnership (50%) subject | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14.  Interest in 1606-08 W. Grand Ave Bldg. Partnership (50%) sub | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15.  Legal Malpractice lawsuit - Lambros J. Kutrubis v. George S. | 283,000.00 | 283,000.00 | | 0.00 | 0.00 |
| 16.  Legal Malpractice claim Lambros J. Kutrubis v. Lawrence Seiw | 30,001.00 | 30,001.00 | | 0.00 | 0.00 |
| 17.  Potential claim for share of sign rentals | Unknown | 0.00 | | 7,500.00 | 0.00 |
| 18.  Claiim against Betty Stokes for contribution for $50,000 due | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19.  Claim against partnerships holding Grand Avenue properties f | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20.  1984 Pontiac Fiero 85,000 miles. | 1,500.00 | 1,350.00 | | 0.00 | 0.00 |
| 21.  1990 Jaguar XJ6 Vanden Plas 200,000 miles | 1,475.00 | 0.00 | | 0.00 | 0.00 |
| 22.  1995 Ford Escort | 775.00 | 0.00 | | 0.00 | 0.00 |
| 23.  1994 Lund Fishing Boat with motor 10 hp (former wife, Betty | 5,000.00 | 5,000.00 | | 0.00 | 0.00 |

Page: 2

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-00870 | ERW |
| Case Name: | LAMBROS J KUTRUBIS | |
| For Period Ending: | 04/21/2014 | |

| | |
|---|---|
| Judge: | Eugene R. Wedoff |

| | |
|---|---|
| Trustee Name: | GREGG SZILAGYI |
| Date Filed (f) or Converted (c): | 05/25/2011 (c) |
| 341(a) Meeting Date: | 07/14/2011 |
| Claims Bar Date: | 11/18/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Money Judgement Against Betty Stokes per Divorce Decree (u) | 0.00 | 500,000.00 | | 150,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.55 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,082,856.56 | $1,277,051.00 | | $233,060.15 | $126,500.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| RE PROP # | 2 | -- | Estate's interest in this asset as well as nos. 3, 13, 14, 18 and 19 were conveyed to Betty Stokes per a divorce decree in exchange for a $500,000.00 money judgment. |
|---|---|---|---|
| RE PROP # | 3 | -- | See note for asset no. 2. |
| RE PROP # | 7 | -- | These funds were consumed by the debtor pre-conversion and no longer exist. |
| RE PROP # | 13 | -- | See note for asset no. 2. |
| RE PROP # | 14 | -- | See note for asset no. 2. |
| RE PROP # | 15 | -- | Case dismissed. |
| RE PROP # | 16 | -- | Case dismissed |
| RE PROP # | 18 | -- | See note for asset no. 2. |
| RE PROP # | 19 | -- | See note to asset no. 2. |
| RE PROP # | 23 | -- | Not in debtor's or estate's possession. |
| RE PROP # | 24 | -- | Settled per court order for $150,000.00 |

Initial Projected Date of Final Report (TFR): 12/31/2012        Current Projected Date of Final Report (TFR):

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-00870 | Trustee Name: GREGG SZILAGYI | |
| Case Name: LAMBROS J KUTRUBIS | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5450 | |
| | Checking Acccount | |
| Taxpayer ID No: XX-XXX1099 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/21/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9677 | Transfer of Funds | 9999-000 | $693.21 | | $693.21 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $0.43 | $692.78 |
| 10/17/12 | 13 | BETTY STOKES | PARTIAL PAYMENT | 1129-003 | $22,500.00 | | $23,192.78 |
| 10/17/12 | 13 | BETTY STOKES | | 1129-003 | ($22,500.00) | | $692.78 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $0.44 | $692.34 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $0.43 | $691.91 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $0.44 | $691.47 |
| 05/01/13 | 24 | BETTY STOKES | PAYMENT ON SETTLEMENT | 1221-000 | $20,000.00 | | $20,691.47 |
| 05/01/13 | 24 | BETTY STOKES | PAYMENT OF SETTLEMENT | 1221-000 | $3,000.00 | | $23,691.47 |
| 05/01/13 | 24 | BETTY STOKES | PAYMENT ON SETTLEMENT | 1221-000 | $2,000.00 | | $25,691.47 |
| 11/06/13 | | Transfer from Acct# XXXXXX6128 | Transfer of Funds | 9999-000 | $142,680.28 | | $168,371.75 |
| 11/06/13 | | Transfer to Acct# XXXXXX6128 | Transfer of Funds | 9999-000 | | $25,691.47 | $142,680.28 |
| 11/06/13 | 1002 | GREGG SZILAGYI 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | $14,903.01 | $127,777.27 |
| 11/06/13 | 1003 | SHAW FISHMAN 321 NORTH CLARK STREETCHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | $41,454.00 | $86,323.27 |
| 11/06/13 | 1004 | SHAW FISHMAN 321 NORTH CLARK STREETCHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | $637.58 | $85,685.69 |
| | | | Page Subtotals: | | $168,373.49 | $82,687.80 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-00870 | Trustee Name: GREGG SZILAGYI | |
| Case Name: LAMBROS J KUTRUBIS | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5450 | |
| | Checking Acccount | |
| Taxpayer ID No: XX-XXX1099 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/21/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/13 | 1005 | POPOWCZER KATTEN LTD. 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | $1,694.00 | $83,991.69 |
| 11/06/13 | 1006 | Office of the U.S. Trustee Office of the U.S. Trustee (ADMINISTRATIVE) 219 South Dearborn St. Room 873 Chicago, IL 60604 | (Final distribution to Claim 24, representing a Payment of 100.00% per court order.) | 2950-000 | | $650.00 | $83,341.69 |
| 11/06/13 | 1007 | BALDI BERG & WALLACE 20 NORTH CLARK STREET CHICAGO, IL 60602 | (Final distribution to Claim (no claim number), representing a Payment of  81.60% per court order.) | 6210-000 | | $71,841.69 | $11,500.00 |
| 11/06/13 | 1008 | Eugene Stokes, Jr. c/o Stephen A Gorman 325 N LaSalle St., Ste 450 Chicago IL | (Final distribution to Claim 7, representing a Payment of 100.00% per court order.) | 4220-000 | | $11,500.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $168,373.49 | $168,373.49 |
| Less: Bank Transfers/CD's | $143,373.49 | $25,691.47 |
| Subtotal | $25,000.00 | $142,682.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,000.00 | $142,682.02 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $85,685.69 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-00870 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | LAMBROS J KUTRUBIS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6128 |
| | | | CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX1099 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/21/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9567 | Transfer of Funds | 9999-000 | $96,330.35 | | $96,330.35 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $59.38 | $96,270.97 |
| 10/17/12 | | BETTY STOKES | PARTIAL PAYMENT | | $22,500.00 | | $118,770.97 |
| | | | Gross Receipts | $22,500.00 | | | |
| | 24 | | Money Judgement Against Betty Stokes per Divorce Decree | $15,000.00 | 1221-000 | | |
| | 17 | | Potential claim for share of sign rentals | $7,500.00 | 1129-000 | | |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $68.28 | $118,702.69 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $73.18 | $118,629.51 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $75.57 | $118,553.94 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $177.26 | $118,376.68 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $159.85 | $118,216.83 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $175.75 | $118,041.08 |
| 04/08/13 | | Associated Bank | | 2600-000 | | $0.99 | $118,040.09 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $206.73 | $117,833.36 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $213.33 | $117,620.03 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $206.13 | $117,413.90 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $212.70 | $117,201.20 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $212.39 | $116,988.81 |

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Page Subtotals:                                      $118,830.35      $1,841.54

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-00870 | Trustee Name: GREGG SZILAGYI |
| Case Name: LAMBROS J KUTRUBIS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6128 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX1099 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/21/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/13 | | Transfer from Acct# XXXXXX5450 | Transfer of Funds | 9999-000 | $25,691.47 | | $142,680.28 |
| 11/06/13 | | Transfer to Acct# XXXXXX5450 | Transfer of Funds | 9999-000 | | $142,680.28 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $144,521.82 | $144,521.82 |
| Less: Bank Transfers/CD's | $122,021.82 | $142,680.28 |
| Subtotal | $22,500.00 | $1,841.54 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,500.00 | $1,841.54 |

Page Subtotals:   $25,691.47   $142,680.28

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 10-00870 | Trustee Name: GREGG SZILAGYI | Exhibit 9 |
| Case Name: LAMBROS J KUTRUBIS | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX9389 | |
| | MONEY MARKET ACCOUNT - FEIWELL | |
| Taxpayer ID No: XX-XXX1099 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/21/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/11 | 12 | CRANE HEYMAN | BALANCE OF PROCEEDS FROM SALE OF BLDG | 1110-000 | $75,549.60 | | $75,549.60 |
| 08/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.12 | | $75,549.72 |
| 09/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.62 | | $75,550.34 |
| 10/31/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.64 | | $75,550.98 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $96.25 | $75,454.73 |
| 11/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.62 | | $75,455.35 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $93.03 | $75,362.32 |
| 12/07/11 | 24 | BETTY STOKES | DEPOSIT ON SETTLEMENT | 1221-000 | $25,000.00 | | $100,362.32 |
| 12/30/11 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.75 | | $100,363.07 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $109.35 | $100,253.72 |
| 01/28/12 | | Transfer to Acct# XXXXXX9567 | Transfer of Funds STOKES | 9999-000 | | $25,000.00 | $75,253.72 |
| 01/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.84 | | $75,254.56 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $129.43 | $75,125.13 |
| 02/29/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.60 | | $75,125.73 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $89.29 | $75,036.44 |
| 03/30/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.64 | | $75,037.08 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $92.26 | $74,944.82 |

Page Subtotals:     $100,554.43     $25,609.61

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-00870 | Trustee Name: GREGG SZILAGYI |
| Case Name: LAMBROS J KUTRUBIS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9389 |
| | MONEY MARKET ACCOUNT - FEIWELL |
| Taxpayer ID No: XX-XXX1099 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/21/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.61 | | $74,945.43 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $95.22 | $74,850.21 |
| 05/31/12 | INT | Bank of America | Interest | 1270-000 | $0.61 | | $74,850.82 |
| 05/31/12 | | Transfer to Acct# XXXXXX9677 | Transfer of Funds | 9999-000 | | $74,850.82 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $100,555.65 | $100,555.65 |
| Less: Bank Transfers/CD's | | $0.00 | $99,850.82 |
| Subtotal | | $100,555.65 | $704.83 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $100,555.65 | $704.83 |

Page Subtotals:                    $1.22          $74,946.04

Case 10-00870    Doc 415    Filed 05/13/14    Entered 05/13/14 15:21:07    Desc Main
FORM 2
Document    Page 21 of 24

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 10-00870 | | Trustee Name: GREGG SZILAGYI | | | | Exhibit 9 |
| Case Name: LAMBROS J KUTRUBIS | | Bank Name: Bank of America | | | | |
| | | Account Number/CD#: XXXXXX9567 | | | | |
| | | MONEY MARKET ACCOUNT | | | | |
| Taxpayer ID No: XX-XXX1099 | | Blanket Bond (per case limit): $5,000,000.00 | | | | |
| For Period Ending: 04/21/2014 | | Separate Bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/12 | | Transfer from Acct# XXXXXX9389 | Transfer of Funds STOKES | 9999-000 | $25,000.00 | | $25,000.00 |
| 01/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.01 | | $25,000.01 |
| 02/29/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.20 | | $25,000.21 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $29.71 | $24,970.50 |
| 03/05/12 | 24 | BETTY STOKES | PARTIAL PAYMENT OF SETTLEMENT | 1221-000 | $10,000.00 | | $34,970.50 |
| 03/21/12 | 24 | BETTY STOKES | PARTIAL PAYMENT OF SETTLEMENT | 1221-000 | $40,000.00 | | $74,970.50 |
| 03/30/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.34 | | $74,970.84 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $48.32 | $74,922.52 |
| 04/24/12 | 24 | BETTY STOKES | PaRTIAL PAYMENT OF SETTLEMENT | 1221-000 | $35,000.00 | | $109,922.52 |
| 04/30/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.65 | | $109,923.17 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $100.93 | $109,822.24 |
| 05/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.93 | | $109,823.17 |
| 05/31/12 | | Transfer to Acct# XXXXXX9677 | Transfer of Funds | 9999-000 | | $13,000.00 | $96,823.17 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $139.00 | $96,684.17 |
| 06/29/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.79 | | $96,684.96 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $114.91 | $96,570.05 |
| 07/31/12 | INT | Bank of America | Interest Rate  0.010 | 1270-000 | $0.82 | | $96,570.87 |

Page Subtotals:    $110,003.74    $13,432.87

Case 10-00870   Doc 415   Filed 05/13/14   Entered 05/13/14 15:21:07   Desc Main
Document   Page 23 of 24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-00870
Case Name: LAMBROS J KUTRUBIS

Taxpayer ID No: XX-XXX1099
For Period Ending: 04/21/2014

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX9567
MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $126.65 | $96,444.22 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.76 | | $96,444.98 |
| 08/30/12 | | Bank of America | | 2600-000 | | $114.63 | $96,330.35 |
| 08/30/12 | | Transfer to Acct# XXXXXX6128 | Transfer of Funds | 9999-000 | | $96,330.35 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $110,004.50 | $110,004.50 |
| Less: Bank Transfers/CD's | $25,000.00 | $109,330.35 |
| Subtotal | $85,004.50 | $674.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $85,004.50 | $674.15 |

Page Subtotals:                    $0.76          $96,571.63

Case 10-00870   Doc 415   Filed 05/13/14   Entered 05/13/14 15:21:07   Desc Main
Document   Page 23 of 24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-00870 | Trustee Name: GREGG SZILAGYI |
| Case Name: LAMBROS J KUTRUBIS | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9677 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX1099 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/21/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/12 | | Transfer from Acct# XXXXXX9389 | Transfer of Funds | 9999-000 | $74,850.82 | | $74,850.82 |
| 05/31/12 | | Transfer from Acct# XXXXXX9567 | Transfer of Funds | 9999-000 | $13,000.00 | | $87,850.82 |
| 05/31/12 | 2001 | GEORGE S. FEIWELL, P.C. | SETTLEMENT AND SATISFACTION OF CLAIM NO. 3 PER COURT ORDER | 4220-003 | | $87,133.60 | $717.22 |
| 06/06/12 | 2001 | GEORGE S. FEIWELL, P.C. | Void | 4220-003 | | ($87,133.60) | $87,850.82 |
| 06/06/12 | 2002 | George S. Feiwell | Per Court Order on Claim No. 3 | 4110-000 | | $87,133.60 | $717.22 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $22.28 | $694.94 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $0.91 | $694.03 |
| 08/30/12 | | Bank of America | | 2600-000 | | $0.82 | $693.21 |
| 08/30/12 | | Transfer to Acct# XXXXXX5450 | Transfer of Funds | 9999-000 | | $693.21 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $87,850.82 | $87,850.82 |
| Less: Bank Transfers/CD's | $87,850.82 | $693.21 |
| Subtotal | $0.00 | $87,157.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $87,157.61 |

Page Subtotals: $87,850.82   $87,850.82

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5450 - Checking Acccount | $25,000.00 | $142,682.02 | $0.00 |
| XXXXXX6128 - CHECKING ACCOUNT | $22,500.00 | $1,841.54 | $0.00 |
| XXXXXX9389 - MONEY MARKET ACCOUNT - FEIWELL | $100,555.65 | $704.83 | $0.00 |
| XXXXXX9567 - MONEY MARKET ACCOUNT | $85,004.50 | $674.15 | $0.00 |
| XXXXXX9677 - CHECKING ACCOUNT | $0.00 | $87,157.61 | $0.00 |
|  | $233,060.15 | $233,060.15 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $233,060.15 |
| Total Gross Receipts: | $233,060.15 |

Page Subtotals:        $0.00        $0.00